■ The People of the State of New York, Respondent, v Jarvis Lassalle, Appellant. [925 NYS2d 365]—Motion for writ of

error coram nobis denied. Present—Smith, J.P., Centra, Fahey and Gorski, JJ.